IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK ANTHONY MARTINEZ,

    Plaintiff,                    No. CIV S-96-1227 JAM DAD P

    vs.

W.A. MERKLE, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 16, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 16, 2012, are adopted in full; and

2. Plaintiff's May 16, 2011 motion to reopen this case (Doc. No. 225) is denied.

DATED: March 29, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE